ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O.BOX 12308,CAPITOL STATION
AUSTIN,TEXAS,78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 02 2015
Abel Acosta, Clerk

Dear Sir,

This request is made under the Freedom Of Informations Act (FOIA), 5 U.S.C. Section 552 [and the Privacy Act U.S.C. Section 552a].

Please send me copies of the following documents: [APPEAL NO.0295331D and ELLASON vs.STATE 815 SW 2d.(Tex.Crim.App.1991)/WR-79,456-02/WR-79,456-01,and ANY AND ANY TRANSCRIPTS,DISCOVERY,EXHIBITS YOUR HONORABLE COURT RECORDS MAY PERTAIN IN THE ESPECIALLY THE APPEAL OF THE DEATH SENTENCE,BECAUSE ELLASON NEVER RECEIVED ANY SUCH DOCUMENTS OR TRANSCRIPT TO BE ABLE TO ASSIST HIS ATTORNEYS FROM THE DEATH SENTENCE HE RECEIVED FROM DATES NEEDED ARE 1986 to 2015].

As you know,the Freedom Of Information Act privides that all portions of a document are exempt from release,the remainder must be segregated and disclosed. Therefore, I will expect you to send me all non-exempt portions of my records which I have requested and ask that you justify any deletions with reference to specific exemption of FOIA. The information requested is not to be used for commercial benefit, so I do not expect to be charged fees for your review of the material to see if it falls within one of FOIA's exemptions. The clerk needs to know that me being a prisoner I cannot receive nothing but paper form material.THANK YOU.

RESPECTFULLY SUBMITTED

THOMAS DEWAYNE ELLASON

#600129
ALLRED UNIT
2101 FM369 N
IOWA PARK,TEXAS,76367

## CERTIFICATE OF SERVICE

I,THOMAS DEWAYNE ELLASON,TDCJ-ID #600129,hereinabove,do hereby declare that on the 26th day of October,2015,I certify that a true and correct copy of the FOIA ,was served by U.S.MAIL SERVICE,postage prepaid 1st class,addressed to the following: ABEL ACOSTA,CLERK,COURT OF CRIMINAL APPEALS OF TEXAS,P.O.BOX 12308, CAPITOL STATION,AUSTIN,TEXAS78711

THOMAS DEWAYNE ELLASON